

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00909-CV

**REFUND ADVISORY CORP.**,
Appellant

v.

Albert **URESTI**, in his Official Capacity as Bexar County Tax Assessor-Collector, and Bexar County,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08726
Honorable David Peeples, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). The parties shall bear their own appellate costs. *See id.* 42.1(d).

SIGNED July 3, 2019.

_____
Irene Rios, Justice